UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MELANIE J. FLOYD,<br><br>           Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>           Defendant. | CASE NO.    C08-5700 FDB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AFFIRMING ADMINISTRATIVE DECISION |

    The Magistrate Judge recommends that the Court should conclude that Melanie J. Floyd was properly denied social security benefits because application of the proper legal standard and substantial evidence support the Administrative Law Judge's (ALJ) finding that Plaintiff is not disabled. Plaintiff has not filed objections to the Report and Recommendation.

    The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    The administrative decision is AFFIRMED; and

    (3)    The Clerk is directed to send copies of this Order to Plaintiff''s counsel, Defendant's counsel and Magistrate Judge Karen L. Strombom.

DATED this 13th day of October, 2009.

                                    FRANKLIN D. BURGESS
                                    UNITED STATES DISTRICT JUDGE