# United States District Court

WESTERN DISTRICT OF WASHINGTON

MELANIE J. FLOYD

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE, Commissioner
Social Security

CASE NUMBER: C08-5700FDB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. The Court adopts Report and Recommendation; and

2. The administration decision is AFFIRMED.

| October 15, 2009 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |
| | *s/CM Gonzalez* |
| | Deputy Clerk |